**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Enrique Rios,<br><br>        Plaintiff(s),<br><br>v.<br><br>Costco Wholesale Corporation,<br><br>        Defendant(s). | Case No. 2:26-cv-00648-MMD-NJK<br><br>**ORDER** |

Pending before the Court is an order for Defendant to show cause why this case should not be remanded.  Docket No. 4.  Defendant filed a response and a supplement.  Docket Nos. 7, 9.  In light of the showings made therein, the Court **DISCHARGES** the order to show cause.

IT IS SO ORDERED.

Dated: March 24, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1